# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICA CRYSTAL CASTANEDA, individually, and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DJNG, INC., a Florida corporation; EWC HOLDINGS, INC., a Florida corporation; FRANKLIN EWC, Inc., a California corporation; EWC FRANCHISE LLC; and DOES 1 through 20,<br><br>Defendants. | Case No.: 3:16-cv-03083-H-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 34] |

On January 2, 2018, the parties filed a joint motion to dismiss the case with prejudice. (Doc. No. 34.) The Court grants the motion and dismisses the case with prejudice.

**IT IS SO ORDERED.**

DATED: January 2, 2018

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT